# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | |
|---|---|
| **DEBBIE DUHON, ET AL.** | **CASE NO. 2:19-CV-00929** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **LOWES HOME CENTERS LLC, ET AL.** | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

For the reasons stated in the Report and Recommendation [doc. 12] of the Magistrate Judge previously filed herein and after an independent review of the record, a *de novo* determination of the issues, and consideration of the objections filed herein, and having determined that the findings are correct under applicable law;

**IT IS ORDERED** that the Motion to Remand filed by plaintiffs Debbie Duhon and Albert Duhon [doc. 7] be **DENIED**. With this denial, however, the court allows plaintiffs an additional **60 days** to conduct jurisdictional discovery into the identity of the delivery driver. If the driver's identity can be discovered in that time, plaintiffs may seek leave to amend the complaint to add the driver as a defendant and then, if appropriate, move to remand the case based on that party's impact on diversity jurisdiction. Lowe's is ordered to cooperate fully and promptly with all discovery requests on this subject.

**THUS DONE** in Chambers this 6th day of December, 2019.

_____
**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**